1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-47CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-47CB, | Case No.: 3:20-cv-00095-LRH-WGC  **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| vs. | |
| THOUSAND ISLAND 1960, LLC; THUY TRAN; AND DOUBLE DIAMOND RANCH MASTER ASSOCIATION, | |
| Defendants. | |

…

…

…

…

…

1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2005-47CB, Mortgage Pass-Through Certificates, Series 2005-47CB (**BoNYM**), and Defendants Thousand Island 1960, LLC and Thuy Tran (**Defendants**), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action with prejudice. Any lis pendens recorded in association with this lawsuit is hereby cancelled and expunged.

Each party shall bear their own attorney's fees, prejudgment interest, and costs of suit associated with this dismissal. The court may close this case. All other parties have been dismissed or never appeared.

| DATED October 28, 2020. | DATED October 28, 2020. |
|---|---|
| **AKERMAN LLP** | **MORRIS LAW CENTER** |
| */s/ Rex D. Garner* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> REX D. GARNER, ESQ. <br> Nevada Bar No. 9401 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-7CB, Mortgage Pass-Through Certificates, Series 2005-7CB* | */s/ Sarah A. Morris* <br> SARAH A. MORRIS, ESQ. <br> Nevada Bar No. 8461 <br> TIMOTHY A. WISEMAN, ESQ. <br> Nevada Bar No. 13786 <br> 5450 West Sahara Avenue, Suite 330 <br> Las Vegas, Nevada 89146 <br><br> *Attorneys for Thousand Island 1960, LLC and Thuy Tran* |

**ORDER**

IT IS SO ORDERED.

DATED this 29th day of October, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE